UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEYO, LLC et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BANK OF UTAH et al.,<br><br>        Defendants. | Case No. 2:25-cv-11522-SB-AGR<br><br><br>ORDER DISMISSING BANK OF UTAH AND REMANDING |

        As explained in the Court's December 31 order for a joint status report, Bank of Utah (BOU), the sole appearing defendant, removed this action under 28 U.S.C. § 1452, and Plaintiffs later stipulated to dismiss BOU.  As clarified by the parties' January 6 joint status report (Dkt. No. 16), all parties who have appeared agree that BOU should be dismissed with prejudice and that the case should be remanded.  Accordingly, Plaintiffs' claims against BOU are dismissed with prejudice pursuant to the parties' stipulation; BOU's motion to dismiss at Dkt. No. 4 is denied as moot; and the case is remanded.

        In the event that other defendants appear and seek to remove the case under § 1452, the Court notes again that removal must be to the bankruptcy court.  *See* L.B.R. 5011-1(a) ("refer[ring] to the bankruptcy court . . . all proceedings . . . related to a case under title 11"); *David Yanez v. Scott Grady et al.*, Case No. 2:25-cv-06307-SB-AGR, ECF No. 28 (C.D. Cal. Aug. 27, 2025) (referring to the bankruptcy court another related case improperly removed to the district court under § 1452 by Defendant UMB Bank, N.A.).


Date: January 7, 2026

_____
                    Stanley Blumenfeld, Jr.
                    United States District Judge

1